**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-563**

---

In Re:  ROBERT RONALD SCITTARELLI,

Petitioner.

---

On Petition for Writ of Mandamus.  (CA-98-127-1)

---

Submitted:  June 18, 1998          Decided:  July 8, 1998

---

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Robert Ronald Scittarelli, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Scittarelli has filed a petition for a writ of mandamus seeking an order compelling the Clerk of Court of the Middle District of North Carolina to provide him with information regarding whether the defendants in a pending case were admitted to that court's bar. Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is only available when there are no other means by which the relief sought could be granted. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980) (citations omitted). Scittarelli has not made such a showing. Accordingly, we deny Scittarelli's mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED